## Commonwealth v. Schultz.

(Decided March 19, 1926.)

### Appeal from Kenton Circuit Court.

FRANK E. DAUGHERTY, Attorney General, GARDNER K. BYERS, Assistant Attorney General, and ORIE S. WARE, Commonwealth Attorney, for appellant.

MYERS & HOWARD for appellee.

Opinion of the Court by Drury, Commissioner—
Reversing.

The offense of which appellee was acquitted is similar to the one of which Jarrett was acquitted, in the case of Commonwealth v. Jarrett, this day decided. Appellee was tried on agreed facts practically identical with the facts in the Jarrett case, was acquitted, and his acquittal was erroneous for the reasons given in the Jarrett case. The judgment is therefore reversed.